UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**DANIAL RAY ADAIR and**
**DANIEL SCOT NICOLDS,**

      **Plaintiffs,**

      v.                        Civ. No. 25-843 GJF/DLM

**RONNY D. HAYS, et al.,**

      **Defendants.**

## MEMORANDUM OPINION AND ORDER

This case is before the Court on the *Motion to Dismiss Claims Against Defendants Hughes and Bugayong* [Dkt. No. 14]. Since Defendants Hughes and Bugayong filed their motion, Plaintiffs have timely filed their Amended Complaint [Dkt. No. 23].

An "amended complaint supersedes the original complaint and renders the original complaint of no legal effect." *Franklin v. Kan. Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) (citing *Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991)); *see also Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Because Plaintiffs' original complaint has been superseded and nullified, there is no longer a live dispute about the merit of the claims asserted therein. As a result, the motion to dismiss such claims is moot. *Cardona v. ENMUR*, 2:25cv438 KWR/GJF, 2025 WL 1869234 at *1 (D.N.M. July 7, 2025) (quoting *Brumfiel v. U.S. Bank*, 2013 WL 12246738, at *1 (D. Colo. May 16, 2013)).

**IT IS THEREFORE ORDERED** that the *Motion to Dismiss Claims Against Defendants Hughes and Bugayong* [Dkt. No. 14] is **DENIED AS MOOT**.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**